UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-cv-00200-BO

WILLIAM and ELIZABETH TIS,
BARRY and BRENDA HOOKS, MARK
and WANDA MCMILLIAN, on behalf of
themselves and all others similarly
situated;

Plaintiffs,

v.

WAUPACA ELEVATOR COMPANY,
INC.;

Defendant.

**ORDER ON JOINT MOTION TO
STAY
PROCEEDINGS**

This matter is before the Court on the Joint Motion to Stay Proceedings filed by Plaintiffs

William Tis and Elizabeth Tis, Barry Hooks and Brenda Hooks, Mark McMillian and Wanda

McMillian, on behalf of themselves and all others similarly situated, and Defendant Waupaca

Elevator Company, Inc.

Good cause having been shown, the joint motion is GRANTED and this matter is hereby

STAYED. The parties shall file a status update within thirty (30) days of the entry of this order

as to the receivership proceedings and the necessity of any further action in this case.

SO ORDERED.

This 14 day of December, 2022

Terrence W. Boyle
United States District Judge